No. 04–85. GROODY ET AL. *v.* DOE, PARENT AND NATURAL GUARDIAN OF DOE, A MINOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–88. VARAD *v.* BARSHAK, CHAIRMAN, MASSACHUSETTS BOARD OF BAR EXAMINERS; and VARAD *v.* PAIGE, SECRETARY OF EDUCATION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–89. WITTMAN *v.* WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–90. ARNOLD *v.* ARNOLD. Ct. App. Wis. Certiorari denied.

No. 04–91. W. R. HUFF ASSET MANAGEMENT CO., L. L. C. *v.* BT SECURITIES CORP. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 04–94. MCFARLAND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–96. CORBETT *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. 11th Cir. Certiorari denied.

No. 04–100. SEIBER ET VIR *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–102. RIFENBURY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–106. PREWITT *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 04–109. KITTRELL *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–110. LISTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–111. THORNTON *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.